# *United States Court of Appeals*

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130**

May 20, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

**No. 14-90013   World Wrestling Entertainment v.
              Unidentified Parties**
USDC No. 2:14-CV-688

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Sabrina B. Short*
By: _____
Sabrina B. Short, Deputy Clerk
504-310-7817

Honorable Helen Ginger Berrigan
Mr. Danny S. Ashby
Mr. William W. Blevins
Mr. Justin Roel Chapa
Mr. David I. Monteiro